DAVID E. HARRIS (Bar No. 161334)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Walnut Creek, California 94596
Telephone:    925 935 9400
Facsimile:    925 933 4126
Email:        david.harris@msrlegal.com

Attorneys for RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, INC., erroneously sued as f/k/a NL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK, <br><br> Plaintiff, <br><br> v. <br><br> RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, f/k/a NL, INC., <br><br> Defendant. | Case No. 15-cv-05534-EMC <br><br> STIPULATION PERMITTING DEFENDANT RPM MORTGAGE, INC. TO FILE AMENDED ANSWER <br><br> JUDGE EDWARD M. CHEN |

IT IS HEREBY STIPULATED, by and between plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK (hereinafter "FDIC-R" or "Plaintiff"), and defendant RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, f/k/a NL, INC. ("RPM" or "Defendant"), through their respective counsel, as follows:

1.   On December 31, 2015, RPM filed its answer to FDIC-R's complaint. The answer asserted, among other claims, comparative fault and assumption of risk as affirmative defenses.

2. On January 19, 2016, FDIC-R objected as to RPM's assertions of comparative fault and assumption of risk as affirmative defenses. That same date, RPM agreed to amend its answer to remove the comparative fault and assumption of risk defenses.

4. On January 21, 2016, the deadline for RPM to amend its answer as a matter of course under Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure passed.

5. RPM wishes to amend its answer in this case to eliminate the comparative fault and assumption of risk defenses.

6. THE PARTIES HERETO STIPULATE AND AGREE, by and through their respective attorneys, that Defendant RPM may file an Amended Answer to Complaint in the above-referenced action in the form attached as Exhibit "A" hereto. The proposed Amended Answer eliminates the defenses of comparative fault and assumption of risk. IT IS SO STIPULATED.

Dated: March 1, 2016                MORTGAGE RECOVERY LAW GROUP LLP

By: _____/s/ Dana J. Clausen_____
PAUL A. LEVIN
DANA J. CLAUSEN
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for AMTRUST BANK

Dated: March 1, 2016                MILLER STARR REGALIA

By: _____/s/ David E. Harris_____
DAVID E. HARRIS
Attorneys for RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, INC., erroneously sued as f/k/a NL, INC.

**ORDER**

GOOD CAUSE APPEARING:

IT IS ORDERED that Defendant RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, f/k/a NL, INC. may file an amended answer in Case No. 15-cv-05534-EMC in the form of Exhibit "A" attached hereto.

DATED: 3/1/16

IT IS SO ORDERED

Judge Edward M. Chen

_____
THE HONORABLE _____ CHEN