**MORTGAGE RECOVERY LAW GROUP LLP**
PAUL A. LEVIN (State Bar No. 229077)
DANA J. CLAUSEN (State Bar No. 223212)
700 North Brand Boulevard, Suite 830
Glendale, California 91203
TELEPHONE: (818) 630-7900 FACSIMILE: (818) 630-7920
e-mail: paul.levin@mortgagerecoveries.com
dana.clausen@mortgagerecoveries.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK<br><br>Plaintiff,<br><br>vs.<br><br>RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, f/k/a NL, INC.<br><br>Defendant. | Case No. 3:15-cv-05534-EMC<br><br>Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE FOR APRIL 7, 2016**<br><br>Current Date:   March 17, 2016<br>Proposed Date: April 7, 2016<br><br>Time:   9:30 a.m.<br>Crtrm:  5 |

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The joint stipulation to reschedule the Case Management Conference in this matter, submitted jointly by Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank and RPM Mortgage, Inc., d/b/a Residential Pacific Mortgage f/k/a NL, Inc., is hereby **GRANTED**.

The Case Management Conference currently scheduled for March 17, 2016, shall be continued to April 7, 2016.

**IT IS SO ORDERED**

DATED: March 14, 2016    _____

The Honorable Edward M. Chen

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY

[454410/1]