1 **MORTGAGE RECOVERY LAW GROUP LLP**
  PAUL A. LEVIN (State Bar No. 229077)
2 DANA J. CLAUSEN (State Bar No. 223212)
  700 North Brand Boulevard, Suite 830
3 Glendale, California 91203
4 TELEPHONE: (818) 630-7900 FACSIMILE: (818) 630-7920
  e-mail: paul.levin@mortgagerecoveries.com
5 dana.clausen@mortgagerecoveries.com

6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9

| 10 | FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK | Case No. 3:15-cv-05534-EMC |
|---|---|---|
| 11 | | Hon. Edward Chen |
| 12 | Plaintiff, | **STIPULATION TO MODIFY CASE MANAGEMENT ORDER** |
| 13 | vs. | |
| 14 | RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, f/k/a NL, INC. | **Current Trial Date:** June 5, 2017<br>**Proposed Trial Date:** Sept. 5, 2017 |
| 15 | | |
| 16 | | |
| 17 | Defendant. | |

STIPULATION TO MODIFY CASE MANAGEMENT ORDER

**IT IS HEREBY STIPULATED**, by and between Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank (hereinafter "FDIC-R" or "Plaintiff"), and Defendant RPM Mortgage, Inc., a California corporation d/b/a Residential Pacific Mortgage, f/k/a NL, Inc. ("RPM" or "Defendant") (collectively, the "Parties"), through their respective counsel, as follows:

1. On October 6, 2016, the Court granted Defendant's unopposed Motion for Leave to File a Third Party Complaint.  (Docket No. 39.)

2. On October 7, 2016, Defendant filed a Third Party Complaint against certain third party defendants.  (Docket No. 42.)

3. Pursuant to the existing Case Management Order, the non-expert discovery cut-off in this case is currently December 1, 2016.  (Docket No. 27.)

4. The Parties have begun scheduling depositions of party and non-party witnesses during the next few weeks to ensure that fact discovery is completed before the current December 1, 2016 discovery cut-off.

5. Certain depositions are scheduled to take place before or immediately after the upcoming November 10, 2016 status conference.

6. The Parties believe that the third-party defendants named in Defendant's Third Party Complaint may wish to depose the aforementioned party and non-party witnesses.

7. In order for the third-party defendants to fully participate in discovery, the Parties believe that the current December 1, 2016 discovery cut-off, as well as the June 5, 2017 trial date, will need to be continued by approximately three (3) months.

8. Because the Parties cannot take these depositions off-calendar and still comply with the existing December 1, 2016 discovery cut-off, and because certain depositions are scheduled to take place before or immediately after the November 10, 2016 status conference, the Parties respectfully request that the Court modify the

[480429/1]

1
STIPULATION TO MODIFY CASE MANAGEMENT ORDER

Case Management Order now, rather than waiting to do so until the status conference.

9. The Parties have met and conferred regarding this issue. The third-party defendants have not yet been served with Defendant's Third Party Complaint and did not participate in the conference regarding this issue.

**WHEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST**, by and through their respective attorneys, as follows:

That the existing case management order be modified as follows:

|  | **Current Date** | **Proposed New Date** |
|---|---|---|
| Trial | June 5, 2017<br>8:30 a.m. | September 5, 2017<br>8:30 a.m. |
| Final Pretrial Conference | May 9, 2017<br>2:30 p.m. | August 8, 2017<br>2:30 p.m. |
| Dispositive Motions | Feb. 23, 2017<br>1:30 p.m.<br>(last day to be *heard*) | May 25, 2017<br>1:30 p.m.<br>(last day to be *heard*) |
| Non-Expert Discovery Cut-off | Dec. 1, 2016 | March 1, 2017 |
| Expert Reports | Opening: Dec. 1, 2016<br>Rebuttal: Dec. 22, 2016 | Opening: March 1, 2017<br>Rebuttal: March 22, 2017 |
| Expert Discovery Cut-off | Jan. 12, 2017 | April 12, 2017 |

| | | |
|---|---|---|
| 1 | DATED: October 18, 2016 | MORTGAGE RECOVERY LAW GROUP LLP |

By:  */s/ Dana J. Clausen*
      Dana J. Clausen
Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank

DATED: October 18, 2016      MILLER STARR REGALIA

By:  */s/ David E. Harris*
      David E. Harris
Attorneys for Defendants RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, INC. f/k/a NL, INC.

[480429/1]

3
STIPULATION TO MODIFY CASE MANAGEMENT ORDER

# [PROPOSED] ORDER

**IT IS ORDERED** that the Case Management Order shall be modified as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Trial | June 5, 2017<br>8:30 a.m. | September 5, 2017<br>8:30 a.m. |
| Final Pretrial Conference | May 9, 2017<br>2:30 p.m. | August 8, 2017<br>2:30 p.m. |
| Dispositive Motions | Feb. 23, 2017<br>1:30 p.m.<br>(last day to be *heard*) | May 25, 2017<br>1:30 p.m.<br>(last day to be *heard*) |
| Non-Expert Discovery Cut-off | Dec. 1, 2016 | March 1, 2017 |
| Expert Reports | Opening:  Dec. 1, 2016<br>Rebuttal:  Dec. 22, 2016 | Opening: March 1, 2017<br>Rebuttal: March 22, 2017 |
| Expert Discovery Cut-off | Jan. 12, 2017 | April 12, 2017 |

```
See Minute Order #49 filed 10/27/2016
         10/27/2016
```

Dated:_____     _____
                                 The Honorable Edward M. Chen



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen