1  LARA CULINANE SMITH (268671)
   LAW OFFICE OF LARA C. SMITH
2  11720 San Pablo Ave, Suite C
   El Cerrito, CA 94530
3  510.646.0486 (phone)
   866.498.8909 (fax)
4  lara@larasmithlaw.com

5

6  Attorneys for Third Party Defendant
   Jaclynn Coates

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10 FEDERAL DEPOSIT INSURANCE
   CO. as Receiver for AMTRUST BANK,
11                                                  Case No. 3:15-cv-05534-EMC
                Plaintiff,
12
                                                    [PROPOSED] ORDER ON
13 v.                                               STIPULATION OF EXTENSION OF
                                                    TIME TO ANSWER FOR THIRD PARTY
14 RPM MORTGAGE, INC., a California                 DEFENDANT JACLYNN COATES
   Corporation d/b/a RESIDENTIAL
15 PACIFIC MORTGATGE, f/k/a NL,                     JUDGE:  Edward M. Chen
   INC.,
16
17              Defendant
   _____
18 RPM MORTGAGE, INC., a California
   Corporation d/b/a RESIDENTIAL
19 PACIFIC MORTGATGE, f/k/a NL,
   INC.,
20
21              Third-Party Plaintiff,

22 v.

23 JACLYNN COATES, and ELIZABETH
   COFFIN,
24
25              Third Party Defendants

26 _____
      ///
27    ////

28
                                        2
   _____
   [PROPOSED] ORDER STIPULATION TO EXTENSION OF TIME TO ANSWER

1  HAVING READ the Stipulation of Extension of Time to Answer for Third Party
2  Defendnat Jaclynn Coates, and for good cause shown IT IS HEREBY ORDERED THAT:
3  Defendant Jaclynn Coates is granted an extension of time to answer until December 16,
4  2016.

7  This 21 day of November, 2016.

*IT IS SO ORDERED*

*Judge Edward M. Chen*

(United States District Court, Northern District of California seal)

3
[PROPOSED] ORDER STIPULATION TO EXTENSION OF TIME TO ANSWER