1 DAVID E. HARRIS (Bar No. 161334)
MILLER STARR REGALIA
2 A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
3 Walnut Creek, California 94596
Telephone: 925 935 9400
4 Facsimile: 925 933 4126
Email: david.harris@msrlegal.com

Attorneys for Third Party Plaintiff
6 RPM MORTGAGE, INC.,
now by merger and name change LendUS, LLC
7 formerly known as LendUSA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, f/k/a NL, INC.,<br><br>    Defendant. | Case No. 15-cv-05534-EMC<br><br>STIPULATION OF THE PARTIES DISMISSING THIRD PARTY DEFENDANT JACLYNN COATES WITH PREJUDICE<br><br>JUDGE EDWARD M. CHEN |
| RPM MORTGAGE, INC., a California corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, erroneously sued as f/k/a NL, INC.,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>JACLYNN COATES, an individual; ELIZABETH D. COFFIN, an individual,<br><br>    Third Party Defendants | |

**IT IS HEREBY STIPULATED**, by and between Third Party Plaintiff herein

RPM MORTGAGE, INC., now by merger and name change LendUS, LLC formerly known as

1 | LendUSA, LLC[1] (collectively "RPM"), and Third Party Defendant herein, JACLYNN COATES,
2 | through their respective counsel as follows:

3 |     1. On December 3, 2015, Plaintiff THE FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK ("FDIC") filed this action for breach of contract against RPM MORTGAGE, INC., a California Corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, f/k/a NL, INC., in the Unites States District Court for the Northern District of California, Case No. 3:15-cv-05534-EMC (the "Action").

    2. On October 7, 2016, Defendant and Third Party Plaintiff RPM MORTGAGE, INC., a California Corporation d/b/a RESIDENTIAL PACIFIC MORTGAGE, erroneously sued as f/k/a NL, INC. filed a Third Party Complaint for Equitable Implied Indemnity and Contribution in this Action against Third Party Defendants JACLYNN COATES and ELIZABETH D. COFFIN (the "Third Party Complaint"). Third Party Defendants JACLYNN COATES and ELIZABETH D. COFFIN are not parties to the Complaint filed initiating this Action by the Federal Deposit Insurance Corporation, they are parties only to the Third Party Complaint filed by RPM.

    3. On November 21, 2016, this Court entered Judgment in this Action against RPM, pursuant to a Federal Rules of Civil Procedure, Rule 68, accepted Offer of Judgment made by RPM to FDIC.

    4. On December 15, 2016, this Court entered the default in this Action of Third Party Defendant ELIZABETH D. COFFIN who had failed to appear in response to the Third Party Complaint.

    5. On April 20, 2017, Third Party Defendant JACLYNN COATES (hereinafter "Third Party Defendant") filed a Chapter 13 bankruptcy case in the United States Bankruptcy Court for the Northern District of California, Case No. 17-41070-WJL-13 (the "Bankruptcy Action").

---

[1] On September 15, 2017, LendUSA, LLC changed its name, effective September 18, 2017, to LendUS, LLC.

6. On July 28, 2017, LendUSA, LLC, RPM's successor by merger ("LendUSA"), filed against Third Party Defendant in the Bankrupcy Action an Adversary Complaint to Determine a Debt Non-Dischargeable Pursuant to 11 U.S.C. §§ 523(a)(2)(A) & (B) & (a)(6), Adv. Case No. 17-04052 (the "Adversary Proceeding").

7. LendUSA, RPM's successor by merger, and Third Party Defendant reached a global written conditional settlement of the Adversary Proceeding and a conditional settlement with Third Party Defendant with respect to this Action on September 11, 2017 (the "Settlement"), which Settlement is contingent on the Bankruptcy Court's granting approval of the Settlement pursuant to a motion for approval of the Settlement to be filed by Third Party Defendant in the Bankruptcy Action and payment of the settlement funds by Third Party Defendant to LendUSA within ten (10) calendar days after entry of an order by the Bankruptcy Court approving the Settlement.

8. In furtherance of the Settlement, on September 18, 2017, Third Party Defendant filed with the Bankruptcy Court a Motion for Approval of the Settlement, which was heard on October 18, 2017, at 10:30 a.m. in Department 220 of the Bankruptcy Court before the Honorable William J. Lafferty, III.

9. On October 23, 2017, the Bankruptcy Court entered an Order approving the Settlement in the Adversary Proceeding.

10. On November 1, 2017, Third Party Defendant paid the settlement funds required by the Settlement to LendUSA.

11. Third Party Defendant and RPM have previously agreed in the Settlement that once the Bankruptcy Court entered an order in the Bankruptcy Action approving the Settlement and Third Party Defendant paid the settlement funds required by the Settlement to LendUSA, RPM and Third Party Defendant would stipulate to and jointly cooperate in requesting that this Court dismiss Third Party Defendant from this Action with prejudice.

**WHEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST**, by and through their respective attorneys, as follows: That this Court should dismiss Third Party

1 | Defendant from this Action with prejudice in compliance with the terms of the parties completed
2 | Settlement.

3 | Dated: November __, 2017        MILLER STARR REGALIA

5 | By:     /s/
          DAVID E. HARRIS
6 |       Attorneys for Third Party Plaintiff
          RPM MORTGAGE, INC., now by merger and
7 |       name change LendUS, LLC formerly known as
          LendUSA, LLC

9 | Dated: November __, 2017        LAW OFFICE OF LARA C. SMITH

11 | By:     /s/
           Lara Culinane Smith
12 |      Attorneys for Third Party Defendant
           JACLYNN COATES

## [~~PROPOSED~~] ORDER

**IT IS ORDERED** that Third Party Defendant JACLYNN COATES is hereby dismissed from this Action with prejudice pursuant to the Stipulation of the parties, Third Party Plaintiff RPM MORTGAGE, INC., now by merger and name change LendUS, LLC formerly known as LendUSA, LLC, and Third Party Defendant JACLYNN ANNE COATES.

Dated  11/17/17

_____
The Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA